UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD L. PARENTEAU, JR,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES COOPER,<br><br>    Defendant. | CASE NO. C17-1318-JLR-BAT<br><br>**ORDER OF DISMISSAL** |

The Court having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, finds and orders as follows:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's complaint and this action are DISMISSED with prejudice.

3. The Clerk shall send copies of this order to all parties.

DATED this 27th day of November, 2017.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1